227122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886
October 5, 2015

Ms. Pam Estes
Clerk
Twelfth Court of Appeals
1517 West Front St.
Suite 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 13 2015

TYLER TEXAS
PAM ESTES, CLERK

Re: Case Number 12-15-00225-CV; Enriquez v. Brad Livingston
Trial Court Number: 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

Mistakenly designated as No. 12-14-00016-CV
Docketing Statement and Advisory to the Court

Dear Ms. Estes:

On September 21, 2015, I submitted for filing in No. 12-15-00225-CV an Appellant's Advisory to the Court which had a copy of a Plaintiff's Motion for Nunc Pro Tunc Corrected Order and a copy of a letter to a Travis County Reporter. I had the right trial court number of 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. Unfortunately, I mistakenly designated the number in this court as 12-14-00016-CV.

I made the same mistake with a docketing statement mailed prior to the Advisory.

Would it be possible for you to place copies of the advisor and the Docketing Statement in the record of this case where I wanted them filed? The trial court number was correctly cited.

Your help in this matter will be greatly appreciated.

If you are not permitted to do as I requested, would you be able to place a notation in the record of this case that this instruments were filed in No. 12-14-00016-CV.

Very truly yours,

Juan Enriquez

cc: Ken Paxton